In the Matter of the Application of John Kahabka, Respondent, for an Order of Mandamus against Frank X. Schwab et al., Individually and as Constituting the Council of the City of Buffalo et al., Appellants.

*Buffalo (city of) — streets — encroachment — mandamus properly issued to compel city officials to remove gasoline pumps from streets.*

*Matter of Kahabka* v. *Schwab*, 205 App. Div. 368, affirmed.

(Argued May 31, 1923; decided June 14, 1923.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 2, 1923, which reversed an order of Special Term denying a motion for a peremptory order of mandamus to compel defendants to remove certain gasoline pumps from the streets of the city of Buffalo.

*William S. Rann, Corporation Counsel (Charles S. McDonough* of counsel), for appellants.

*Franklin R. Brown* for respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.